# STONE MAGNANINI

## COMPLEX LITIGATION

May 4, 2021

**VIA ELECTRONIC FILING**
Hon. John P. Cronan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>The Roberto Gonzalez Law Firm LLP d/b/a Whistleblowers International v. Global Litigation Consulting Services, LLC, et al.</u>
Docket No.: 1:21-cv-01180-JPC

Judge Cronan:

My name is David Stone and I am a managing partner of the law firm of Stone & Magnanini LLP, counsel for Plaintiff The Robert Gonzalez Law Firm LLP d/b/a Whistleblowers International ("WBI"). I write in accordance with Your Honor's Individual Rules of Practice § 3(B) to respectfully request to adjourn the Pre-Motion Conference currently scheduled for May 5, 2021.

I have recently become ill, and am completely confined to bed rest. As a result I will be unavailable to appear before Your Honor for the Pre-Motion Conference. Accordingly, WBI respectfully requests that the Pre-Motion Conference be adjourned until Wednesday, May 12, 2021 at 10:30 p.m. This is the first request for an adjournment of the Pre-Motion Conference.

Victor Rivera Rios, Esq., counsel for Defendants Christopher Piacentile and Global Litigation Consulting Services, LLC, consents to the proposed adjournment of the Pre-Motion Conference to May 12, 2021. Lastly, the proposed adjournment does not affect any currently scheduled events in this action.

Respectfully Submitted,

*/s/ David S. Stone*
David S. Stone
**STONE & MAGNANINI LLP**
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
Tel: (973) 218-1111
Fax: (973) 218-1106

*Attorneys for The Roberto Gonzalez Law Firm d/b/a Whistleblowers International*

Plaintiff's request is granted. The Court wishes Mr. Stone a speedy recovery. The pre-motion conference scheduled for May 5, 2021, at 10:30 a.m. is adjourned to May 13, 2021, at 10:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Date: May 4, 2021
New York, New York

JOHN P. CRONAN
United States District Judge